**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 13 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CATAPHORA, INC., a California corporation,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>JERROLD SETH PARKER; et al.,<br><br>        Defendants - Appellants. | No. 12-15072<br><br>D.C. No. 3:09-cv-05749-BZ<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| CATAPHORA, INC., a California corporation,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>JERROLD SETH PARKER; et al.,<br><br>        Defendants - Appellees. | No. 12-15149<br><br>D.C. No. 3:09-cv-05749-BZ<br>Northern District of California,<br>San Francisco |
| CATAPHORA, INC., a California corporation,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>JERROLD SETH PARKER; et al., | No. 12-15567<br><br>D.C. No. 3:09-cv-05749-BZ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| Defendants - Appellants. | |
| CATAPHORA, INC., a California corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JERROLD SETH PARKER; et al.,<br><br>        Defendants - Appellees. | No. 12-15602<br><br>D.C. No. 3:09-cv-05749-BZ<br>Northern District of California,<br>San Francisco |

Before: CALLAHAN and M. SMITH, Circuit Judges, and KORMAN, Senior District Judge.[*]

The court construes the parties' agreement to dismiss the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b) as a motion, which is hereby granted. The appeals are dismissed with prejudice. Each side shall bear its own costs and fees. This order served on the district court shall act as and for the mandate of this court.

---

       [*]    The Honorable Edward R. Korman, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.